John C. CARRINGTON; Deborah T. Carrington, Plaintiffs-Appellants,

v.

IMB HOLDCO LLC; OneWest Bank, FSB, Defendants-Appellees,

and

Steven T. Mnuchin, Defendant.

No. 16-2190

United States Court of Appeals, Fourth Circuit.

Submitted: June 29, 2017

Decided: July 6, 2017

John Thomas Irick, LAW OFFICE OF JOHN THOMAS IRICK, Washington, DC, for Appellants. Rik S. Tozzi, Richard Carlton Keller, BURR & FORMAN LLP, Birmingham, Alabama, for Appellees.

Before KING, SHEDD, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John C. Carrington and Deborah T. Carrington appeal the district court's order denying their Fed. R. Civ. P. 59(e) motion to alter or amend its order denying their Fed. R. Civ. P. 60(b) motion for relief from its order dismissing their civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm

for the reasons stated by the district court. *See Carrington v. Mnuchin*, No. 5:13-cv-03422-JMC, 2016 WL 4771288 (D.S.C. Sept. 14, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*